This decision of the New Mexico Court of Appeals was not selected for publication in the New Mexico Appellate Reports. Refer to Rule 12-405 NMRA for restrictions on the citation of unpublished decisions. Electronic decisions may contain computer-generated errors or other deviations from the official version filed by the Court of Appeals.

## IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

No. A-1-CA-38058

**WELLS FARGO BANK, N.A.,**

Plaintiff-Appellee,

v.

**BRECKENRIDGE PROPERTIES FUND 2016, LLC,**

Appellee,

v.

**KAREN M. KLINE,**

Defendant-Appellant,

**PUEBLO DE RODEO ROAD OWNERS ASSOCIATION, INC. and MANHATTAN CONDOMINIUM ASSOCIATION,**

Defendants.

**APPEAL FROM THE DISTRICT COURT OF SANTA FE COUNTY**
**Raymond Z. Ortiz, District Judge**

The Turner Law Firm, LLC
Joshua T. Chappell
Albuquerque, NM

Bloom Murr and Accomazzo PC
James P. Eckels
Denver, CO

for Appellee Wells Fargo Bank, N.A.

Keleher & McLeod, P.A.

Nathan S. Stimson
Albuquerque, NM

for Appellee Breckenridge Property Fund 2016, LLC

Karen M. Kline
Santa Fe, NM

Pro Se Appellant

## MEMORANDUM OPINION

**BOGARDUS, Judge.**

**{1}** Summary affirmance was proposed for the reason stated in the notice of proposed summary disposition. No memorandum opposing summary affirmance has been filed and the time for doing so has expired. **AFFIRMED.**

**{2}     IT IS SO ORDERED.**

**KRISTINA BOGARDUS, Judge**

**WE CONCUR:**

**MEGAN P. DUFFY, Judge**

**BRIANA H. ZAMORA, Judge**